**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**CHAPTER 13 PLAN**

Debtors: <u>Joseph Lyle AND Rebecca Lynn Schoonover</u>      Case No: 9:11-bk-01805

Amended Chapter 13 Plan  <u>XX</u>

**1.      MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of <u>60</u> months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.    $<u>473</u> for months <u>1</u> to <u>60</u>               ;
B.    $_____ for months _____ to _____;
C.    $_____ for months _____ to _____; in order to pay the following creditors:

**2.      ADMINISTRATIVE ATTORNEY FEE:** $<u>3,500</u>      **TOTAL PAID $** <u>725</u>

Balance Due $<u>2,775</u>         Payable Through Plan $<u>350</u>      Monthly

**3.      PRIORITY CLAIMS [as defined in §11 U.S.C.]**'

| Name of Creditor | Total Claim |
| --- | --- |
| | |

**TRUSTEE FEES:**      Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor[1] shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor[1] makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| Name of Creditor | Collateral | Adequate Protection Payment in Plan |
| --- | --- | --- |
| | | |

**(A) Claims Secured by Real Property Which Debtor[1] Intends to Retain / Mortgage Payments Paid Through the Plan:** Debtor[1] will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Security | Collateral | Estimated Payment |
| --- | --- | --- | --- |
| | | | |

**(B) Claims Secured by Real Property Which Debtor[1] Intends to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Security | Collateral | Estimated Payment |
| --- | --- | --- | --- |
| | | | |

---

[1] All references to "Debtor" includes and refers to both debtors in a case filed jointly by two individuals.

**(C) Secured Claims on Personal Property to Which Section 506 Valuation is NOT applicable**
**Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Name of Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Int. Rate ____ % |
| --- | --- | --- | --- | --- |

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Int. Rate 6% | |
| --- | --- | --- | --- | --- | --- |
| AmeriCredit (2008 Hyundai Accent) | | Principle $6,375 | + Int. ($383) | $ 6,758 | Total |
| SE Toyota Finance (2008 Toyota Prius) | | Principle $12,850 | + Int. ($771) | $ 13,621 | Total |

**(E) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. In Plan | Arrearages |
| --- | --- | --- | --- |

**(F) Secured Claims/Lease Claims Paid Direct by the Debtor[2]:** The following secured claims/lease claims are to be paid directly to the creditor or lessor, by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease Executory Contract section below.

| Name of Creditor | Collateral |
| --- | --- |
| BAC Home Loans (1st mortgage on 1035 SE 26th Ter., Cape Coral, FL) | Paid outside Plan |

**(G) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these secured creditors upon the filing of this Plan. Nothing herein is intended to lift any applicable co-Debtor stay; or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease Executory Contract section below.

| Name of Creditor | Collateral | Estimated Amount |
| --- | --- | --- |
| Best Buy/HSBC (electronics) | | Surrender to creditor |
| Nordyne/GECCCC/GEMB (A/C unit) | | Surrender to creditor |

## SECURED – LIENS TO BE AVOIDED/STRIPPED:

| Name of Creditor | Collateral | Estimated Amount |
| --- | --- | --- |

## LEASES/EXECUTORY CONTRACTS:

| Name of Creditor | Collateral | Assume/Reject | Estimated Arrears |
| --- | --- | --- | --- |

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $3,062.

## OTHER PROVISIONS:

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. ~~Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.~~

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions: _____   _____

6. Property of the estate shall not vest in Debtor[1] until confirmation of this case, unless the Court orders otherwise.


Debtor: X _Joseph Lyle Schoonover_   Dated: X _2-27-11_

Debtor: X _Rebecca Lynn Schoonove_   Dated: X _2/27/11_

In Re:  Joseph Lyle & Rebecca Lynn Schoonover,          Case Number: 9:11-bk-01805

_____Debtors./

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Amended 13 Plan has been furnished either electronically or by U. S. Mail on  February 28, 2011, to: Assistant U.S. Trustee, 501 E. Polk St., #1200, Tampa, FL  33602; Chapter 13 Trustee Jon M. Waage, P. O. Box 25001, Bradenton, FL  34206-5001; those listed on the court matrix; and Joseph & Rebecca Schoonover, 1035 S.E. 26th Ter., Cape Coral, FL  33904.


     /s/  William G. Whitcomb
WILLIAM G. WHITCOMB
Florida Bar No. 517062
Attorney for Debtors
2016 Bayside Parkway
Fort Myers, FL  33901
(239) 334-7700
WWhit54690@cs.com

Label Matrix for local noticing
113A-9
Case 9:11-bk-01805-DHA
Middle District of Florida
Ft. Myers
Mon Feb 28 15:20:31 EST 2011

AmeriCredit
P O Box 181145
Arlington, TX 76096-1145

(p)AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

BAC Home Loans
450 American St
SV416
Simi Valley, CA 93065-6285

Bank of America
c/o Calvary Portfolio Svcs
500 Summit Lake Dr
Valhalla, NY 10595-1340

Barclay's Bank
P O Box 8803
Wilmington, DE 19899-8803

Belk/GEMB
P O Box 981491
El Paso, TX 79998-1491

Best Buy
HSBC Retail Services
P O Box 5253
Carol Stream, IL 60197-5253

Cavalry Portfolio Services
c/o Andreu, Palma & Andreu
701 SW 27th Ave
Miami, FL 33135-3031

Chase
c/o FMA Alliance
11811 N Freeway #900
Houston, TX 77060-3292

Chase/Bank One
P O Box 15298
Wilmington, DE 19850-5298

Citibank SD
P O Box 6241
Sioux Falls, SD 57117-6241

Department Stores National Bank/Macys
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH  43054-3025

Fashion Bug/WFNNB
P O Box 182789
Columbus, OH 43218-2789

GE Money Bank
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Goodyear
P O Box 6497
Sioux Falls, SD 57117-6497

I C System
444 Highway 96 E
Saint Paul, MN 55127-2557

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kohl's
P O Box 3115
Milwaukee, WI 53201-3115

Lowe's/GEMB
P O Box 981400
El Paso, TX 79998-1400

Macy's
P O Box 8218
Mason, OH 45040-8218

Nationwide
c/o CCS
P O Box 9134
Needham Heights, MA 02494-9134

Nordyne/GECCCC/GEMB
P O Box 981439
El Paso, TX 79998-1439

Office of US Attorney
Attn Civil Process Clerk1
400 North Tampa St Suite 3200
Tampa, FL 33602-4774

Palisades Acquisition XVIII, LLC
Vativ Recovery Solutions LLC
As Agent For Palisades Acquisition XVIII
PO Box 19249
Sugar Land TX 77496-9249

SE Toyota Finance
World Omni
P O Box 91614
Mobile, AL 36691-1614

Joseph Lyle Schoonover
1035 SE 26th Terrace
Cape Coral, FL 33904-2919

Rebecca Lynn Schoonover
1035 SE 26th Terrace
Cape Coral, FL 33904-2919

Verizon Wireless
c/o United Collection Bureau
5620 Southwyck Blvd
Toledo, OH 43614-1501

Jon Waage
P O Box 25001
Bradenton, FL 34206-5001


Washington Mutual
c/o Palisades Collections
210 Sylvan Ave
Englewood Cliffs, NJ 07632-2524

William G Whitcomb
2016 Bayside Parkway
Fort Myers, FL 33901-3102


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


AmeriCredit Financial Services, Inc.
c/o James Hogan, Jr
PO Box 183853
Arlington, TX 76096

(d)AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

Discover
P O Box 15316
Wilmington, DE 19850


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)David H. Adams
Fort Myers

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35